UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANUEL FLORES,<br><br>         Petitioner,<br><br>      v.<br><br>WARREN L. MONTGOMERY,<br>Warden,<br><br>         Respondent. | No. LA CV 17-00977-VBF (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION:<br><br>Denying the Habeas Corpus Petition; Dismissing the Action With Prejudice;<br><br>Directing Entry of Separate Judgment; Terminating the Case (JS-6) |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the Answer with supporting lodged materials, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the applicable law.

     No party filed timely objections to the Report and Recommendation or sought an extension of the objection deadline. Nonetheless, out of an abundance of caution, the Court has reviewed the R&R. Finding no error of law, fact, or logic even under a de novo standard, the Court accepts the

Magistrate Judge's findings and conclusions and will implement his recommendations.

IT IS THEREFORE ORDERED that:

The petition for a writ of habeas corpus is **DENIED**.

Final judgment shall be entered consistent with this Order and the R&R. As required by Fed. R. Civ. P. 58(a), judgment will be a separate document.

The Court will rule on a certificate of appealability by separate order.

This action is **DISMISSED with prejudice**.

The Clerk of Court **SHALL TERMINATE and close the case (JS-6)**.

IT IS SO ORDERED.

Dated: February 28, 2018

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge