JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANUEL FLORES,<br><br>        Petitioner,<br><br>        v.<br><br>WARREN L. MONTGOMERY,<br>Warden,<br><br>        Respondent. | No. LA CV 17-00977-VBF (JDE)<br><br>FINAL JUDGMENT |

**Final judgment is hereby entered in favor of the respondent warden and against petitioner Manuel Flores. IT IS SO ADJUDGED.**

Dated: February 28, 2018

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge